934

No. 1313. PERTH AMBOY DRY DOCK CO. *v.* HANSEN. Sup. Ct. N. J. Certiorari denied. *Isidor Kalisch* for petitioner.

No. 1212, Misc. RASCON *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied. Petitioner *pro se. Thomas C. Lynch,* Attorney General of California, and *Edsel W. Haws* and *Raymond M. Momboisse,* Deputy Attorneys General, for respondent.

No. 1213, Misc. MISTRETTA *v.* WILKINS, WARDEN. C. A. 2d Cir. Certiorari denied. Petitioner *pro se. Louis J. Lefkowitz,* Attorney General of New York, and *Murray Sylvester,* Assistant Attorney General, for respondent.

No. 1245, Misc. KIMMONS *v.* FLORIDA. Sup. Ct. Fla. Certiorari denied. Petitioner *pro se. Earl Faircloth,* Attorney General of Florida, and *George R. Georgieff,* Assistant Attorney General, for respondent.

No. 1355, Misc. FULWOOD *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied. *John H. Myers* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.

No. 1367, Misc. HORTON *v.* NEW YORK; and
No. 1386, Misc. ALVAREZ *v.* NEW YORK. Ct. App. N. Y. Certiorari denied. *Rolon W. Reed* and *Leon B. Polsky* for petitioner in No. 1367, Misc. *Patrick M. Wall* for petitioner in No. 1386, Misc. *Frank S. Hogan* for respondent in both cases. Reported below: 18 N. Y. 2d 355, 221 N. E. 2d 909; 19 N. Y. 2d 600, 224 N. E. 2d 884.